LRH: USAO 2024R00642

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. TDC25CR40 |
| | * |
| JEROD ADAM TAYLOR, | * (Felon in Possession of a Firearm, |
| | * 18 U.S.C. § 922(g)(1); Forfeiture, |
| Defendant | * 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), |
| | * 28 U.S.C. § 2461(c)) |
| | * |

*******

USDC- GREENBELT
'25 FEB 27 PM2:20

## INDICTMENT

### COUNT ONE
(Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland charges that:

On or about November 7, 2024, in the District of Maryland, the defendant,

**JEROD ADAM TAYLOR,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—that is, a Vulcan Arms model AK47 7.62 caliber rifle—and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Count One of this Indictment.

### Firearm and Ammunition Forfeiture

2. Upon conviction of the offense set forth in Count One of this Indictment, the defendant,

**JEROD ADAM TAYLOR,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to one Vulcan Arms model AK47 7.62 caliber rifle bearing serial number K002935.

### Substitute Assets

3. If, as a result of any act or omission of any defendant, any of the property described above,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

                                                                                   *Philip A. Selden /LH*
                                                                                    Philip A. Selden
                                                                                    Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**                  Date: 2/27/2025

Foreperson